### STATE v. ANALPHUS LEE TILLEY.

(Filed 19 April, 1950.)

APPEAL by defendant from *Frizzelle, J.,* and a jury, at October Term, 1949, of WAKE.

The defendant was charged with aiding and abetting one Allen Dickens in the commission of a misdemeanor, to wit, the unlawful operation of a motor vehicle upon a public highway while under the influence of intoxicating liquor. The jury found the defendant guilty as charged, and the court imposed judgment on the verdict. The defendant appealed, assign-

ing the refusal to dismiss the action upon a compulsory nonsuit and certain excerpts from the charge as error.

*Attorney-General McMullan and Assistant Attorney-General Rhodes for the State, appellee.*

*W. Brantley Womble for defendant, appellant.*

PER CURIAM. The testimony of the prosecution was sufficient to take the case to the jury and to support a verdict for the State. *S. v. Gibbs,* 227 N.C. 677, 44 S.E. 2d 201. Consequently the court rightly refused to dismiss the action upon a compulsory nonsuit under G.S. 15-173. When it is read as a whole, the charge is free from legal error. *Wyatt v. Coach Co.,* 229 N.C. 340, 49 S.E. 2d 650.

No error.